AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

GEICO, etal )
*Plaintiff* )
v. ) Case No. 20-cv-03495
ALEXANDR ZAITSEV, M.D., etal. )
*Defendant* )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Alexandr Zaitsev, MD, Metropolitan Interventional Medicine Services, PC and Ridgewood Diagnostic Labora

Date:   10/05/2020

/s/ Mattew J. Conroy
*Attorney's signature*

Matthew J. Conroy (9014)
*Printed name and bar number*

Schwartz, Conroy & Hack, P.C.
666 Old Country Road, 9th Floor
Garden City, NY 11530
*Address*

mjc@schlawpc.com
*E-mail address*

(516) 745-1122
*Telephone number*

(516) 745-0844
*FAX number*