

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

COLLEEN A. O'NEIL
(516) 357-3390
colleen.oneil@rivkin.com

October 15, 2020

**VIA ECF**
Honorable Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  *Government Employees Insurance Company, et al. v. Zaitsev, et al.*
           Docket No.: 20-cv-03495-FB-SJB
           RR File No.: 5100-2955

Dear Judge Bulsara:

We represent Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (collectively "Plaintiffs") in the above-referenced matter. Pursuant to the Court's October 6, 2020 Scheduling Order (see Docket 58), we respectfully submit this letter to explain why the timeline in the parties' attached proposed Discovery Plan Worksheet differs from the timeline suggested by the Court.

In particular, the parties' proposed Discovery Plan Worksheet sets a fourteen and a half month case management schedule. Plaintiffs respectfully request this extended case management schedule because this case involves complex legal issues and 23 defendants, and we thus anticipate that an extended amount of time will be required to complete discovery.

All counsel thus far appearing in this matter have agreed to the extended schedule.

We appreciate the Court's attention to this matter.

                              Respectfully submitted,

                              RIVKIN RADLER LLP
                              */s/ Colleen O'Neil*
                              Colleen O'Neil

cc:      All counsel via ECF

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

4995974.v1