UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE COMPANY,
GEICO INDEMNITY COMPANY, GEICO GENERAL
INSURANCE COMPANY, and GEICO CASUALTY
COMPANY,                                                                                 Docket No.: 1:20-cv-03495-
                                                                                                              FB-SJB
                                Plaintiffs

    -against-

ALEXANDR ZAITSEV, M.D., METROPOLITAN
INTERVENTIONAL MEDICAL SERVICES, P.C.,
ANTHONY BENEVENGA, CHARLES G. NICOLA, D.C.,
RIDGEWOOD DIAGNOSTIC LABORATORY, L.L.C., TRI-
STATE MULTI-SPECIALTY MEDICAL SERVICES, P.C.,
RIVERSIDE MEDICAL SERVICES, P.C., KRISTAPPA
SANGAVARAM, M.D., ALLAN WEISSMAN, M.D.,
EUGENE GORMAN, M.D., BOGDAN NEGREA, M.D.,,
ANTONIO CICCONE, D.O., STELLA AMANZE, P.A.,
FRIDA ISAKOV, P.A., LUCKNIE OVINCY, P.A., EMILY
BAKERMAN, N.P., MELISSA EVANS, N.P., MINI
MATHEWS, N.P., ANGELA PULLOCK, N.P., LINDA
SANTA MARIA, N.P., RIVKA WEISS, N.P., CROSSTOWN
MEDICAL, P.C. and WILLIAM FOCAZIO, M.D.

                                Defendants
------------------------------------------------------------X

## **DEFENDANT RIVERSIDE MEDICAL SERVICES, P.C.'s**

## **LOCAL RULE 7.1 DISCLOSURE**

Pursuant to Local Rule 7.1 of the Eastern District of New York, Defendant RIVERSIDE MEDICAL SERVICES, P.C. certifies that it is not a publicly traded company nor is there a parent corporation and/or publicly held corporation that owns 10% or more of its stock.

    Dated: Jericho, New York
           October 23, 2020

Yours, etc.

PETER BIRZON & ASSOCIATES, P.C.

_____/s/ *Peter Birzon*_____
By: Peter M. Birzon, Esq. (PB1518)
*Attorney for Defendant Riverside Medical Services, P.C.*
400 Jericho Turnpike, Ste. 100
Jericho, New York 11753
(516) 942-9100

## CERTIFICATE OF SERVICE

I, Peter M. Birzon, hereby certify that on October 23, 2020, a copy of the Defendant Riverside Medical Services, P.C.'s Local Rule 7.1 Disclosure was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel listed below:

Matthew J. Conroy, Esq.
Schwartz, Conroy & Hack, P.C.
600 Old Country Road
Suite 900
Garden City, NY 11530
mjc@schlawpc.com

Max Saulter Gershenoff, Esq.
Rivkin Radler LLP
926 Rexcorp Plaza
Uniondale, NY 11566
Max.gershenoff@rivkin.com

Barry Levy, Esq.
Rivkin Radler LLP
926 Rexcorp Plaza
Uniondale, NY 11566
Barry.levy@rivkin.com

Alex Leibson, Esq.
Abrams Fensterman Fensterman Eisman Formato Ferrara & Wolf
111 Marcus Avenue, Suite 107
New Hyde Park, NY 11042
aleibson@abramslaw.com

Colleen O'Neil, Esq.
Rivkin Radler LLP
926 Rexcorp Plaza
Uniondale, NY 11566
Colleen.oneil@rivkin.com

Frank Peter Tiscione, Jr.
Rivkin Radler LLP
926 Rexcorp Plaza
Uniondale, NY 11566
Frank.tiscione@rivkin.com



					_____*/s/ Peter Birzon*_____
					By:  Peter M. Birzon