

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

COLLEEN A. O'NEIL
(516) 357-3390
colleen.oneil@rivkin.com

June 8, 2021

**VIA ECF**

Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Government Employees Insurance Company, et al. v. Zaitsev, et al.*
      **Docket No.: 20-cv-03495-FB-SJB**

Dear Magistrate Judge Bulsara:

We are counsel to Plaintiffs (collectively "GEICO") in the above referenced matter. As the Court is aware, on June 7, 2021, GEICO filed a letter motion to compel the Sangavaram Defendants to provide full and complete responses to Plaintiffs' Discovery Requests. See Docket No. 127. Earlier today, the Court issued an Order denying the motion to compel. See Order, dated June 8, 2021. In the interim, it has come to my attention that Exhibit "B" to the motion to compel should have been filed under seal but was not. To remedy the inadvertent filing, we are now requesting the Court to seal Exhibit "B" to the motion letter.

We appreciate the Court's attention to this matter.

                              Respectfully submitted,

                              RIVKIN RADLER LLP
                              */s/ Colleen O'Neil*
                              Colleen O'Neil

cc:    All counsel via ECF

66 South Pearl Street, 11th Floor     25 Main Street                      477 Madison Avenue              2649 South Road
Albany, NY 12207-1533                 Court Plaza North, Suite 501        New York, NY 10022-5843         Poughkeepsie, NY 12601-6843
T 518.462.3000 F 518.462.4199         Hackensack, NJ 07601-7082           T 212.455.9555 F 212.687.9044   T 845.473.8100 F 845.473.8777
                                      T 201.287.2460 F 201.489.0495