

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**FRANK P. TISCIONE**
**PARTNER**
(516) 357-3315
frank.tiscione@rivkin.com

July 23, 2021

**VIA ECF**
Honorable Frederic Block
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:   Government Employees Insurance Company, et al. v. Zaitsev, et al.**
       **Docket No.: 20-cv-03495-FB-SJB**

Dear Judge Block:

We write on behalf of Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (collectively "Plaintiffs") as a follow up to our letter of May 28, 2021.

We wish to bring to Your Honor's attention a recent decision issued by Judge Chen in Government Employees Insurance Company v. Wallegood, Inc. et al., Docket No.: 21-CV-1986 (July 16, 2021), which further supports Plaintiffs pending Motion to Stay and Enjoin Defendants' Collections Proceedings, which was filed on March 15, 2021. See Docket No. 113. A copy of the Court's Memorandum and Order is attached as Exhibit "1".

GEICO would once again respectfully request Your Honor render a decision granting Plaintiffs Motion to Stay and Enjoin Defendants' Collections Proceedings.

The Court's time and attention to this request is appreciated.

                                              Respectfully submitted,

                                              RIVKIN RADLER LLP
                                              /s/ Frank P. Tiscione
                                              Frank P. Tiscione

cc:     All counsel via ECF

66 South Pearl Street, 11th Floor        477 Madison Avenue            2649 South Road                 926 RXR Plaza
Albany, NY 12207-1533                    New York, NY 10022-5843       Poughkeepsie, NY 12601-6843     Uniondale, NY 11556-0926
T 518.462.3000 F 518.462.4199            T 212.455.9555 F 212.687.9044 T 845.473.8100 F 845.473.8777   T 516.357.3000 F 516.357.3333
5297865.v3