Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
 3    EASTERN DISTRICT OF NEW YORK
 4    -------------------------------------X
 5    GOVERNMENT EMPLOYEES INSURANCE COMPANY,
      GEICO INDEMNITY COMPANY, GEICO GENERAL
 6    INSURANCE COMPANY, and GEICO CASUALTY COMPANY,
 7                     Plaintiffs,
 8
 9          -against-               Case No.:
                                    1:20-CV-03495-FB-SJB
10
11
      ALEXANDR ZAITSEV, M.D., METROPOLITAN
12    INTERVENTIONAL MEDICAL SERVICES, P.C.,
      ANTHONY BENEVENGA, CHARLES G. NICOLA, D.C.,
13    RIDGEWOOD DIAGNOSTIC LABORATORY, L.L.C.,
      TRI-STATE MULTI-SPECIALTY MEDICAL SERVICES, P.C.,
14    RIVERSIDE MEDICAL SERVICES, P.C., KRISTAPPA
      SANGAVARAM, M.D., ALLAN WEISSMAN, M.D.,
15    EUGENE GORMAN, M.D., BOGDAN NEGREA, M.D.,
      ANTONIO CICCONE, D.O., STELLA AMANZE, P.A.,
16    FRIDA ISAKOV, P.A., LUCKNIE OVINCY, P.A.,
      EMILY BAKERMAN, N.P., MELISSA EVANS, N.P.,
17    MINI MATHEW, N.P., ANGELA PULLOCK, N.P.,
      LINDA SANTA MARIA, N.P., RIVKA WEISS, N.P.,
18    CROSSTOWN MEDICAL, P.C.,
      and WILLIAM FOCAZIO, M.D.
19
                         Defendants.
20    -------------------------------------X
21                       October 20, 2021
22                       10:08 a.m.
23
24          EXAMINATION BEFORE TRIAL OF
25       DANIEL KANDHOROV.
```

1          D. KANDHOROV
2     A    I don't recall that. I don't
3  remember.
4     Q    Who would know the answer to
5  that question?
6     A    Dr. Zaitsev's accountant,
7  Mark.
8     Q    Let's take a look at the next
9  transaction that I've highlighted. We
10 are on Exhibit 8, Page 2. We are in the
11 middle of the page. You see the
12 transaction that's June 18th, online
13 transfer to checking 1858? Do you see
14 that?
15    A    Yes, I do see that.
16    Q    And you see that this one is
17 for $10,000?
18    A    That is right.
19    Q    Do you know what that
20 transaction is for?
21    A    I don't recall.
22         MR. HENESY: Let's mark this as
23    Exhibit 10. I will represent Exhibit
24    10 is a one-page PDF entitled,
25    Business Signature Card.

```
                                          Page 149
 1           D. KANDHOROV
 2              (Whereupon, Exhibit 10
 3              was marked for
 4              identification.)
 5       Q      Can you see that it says
 6   "Business Signature Card" at the top,
 7   sir?
 8       A      Sure.  Yes.
 9       Q      Then on the right-hand side of
10   the account number is the account that
11   ends in that 1858 that we just saw,
12   right?
13       A      Yes.
14       Q      Then we go to the left and we
15   see that this account is in the name of a
16   company called 2598 3rd Avenue, Inc.  Can
17   you see that?
18       A      Yes, I do.
19       Q      Are you familiar with a
20   company called 2598 3rd Avenue, Inc.?
21       A      No.
22       Q      Do you have any idea why
23   Financial Vision Group I would transfer
24   $10,000 to a company called 2598 3rd
25   Avenue, Inc.?
```

1       D. KANDHOROV
2       A    I don't remember.
3       Q    You don't remember or you
4  don't know?
5       A    No. I don't know. Probably
6  Zaitsev and Kaminar knows.
7       Q    If we go down to this line
8  here, do you see where it says Lyubov
9  Gatilova, and you see that it says
10 president?
11      A    Yes, I see that.
12      Q    Do you know that person?
13      A    No.
14      Q    Do you know that person to be
15 Dr. Zaitsev's mother-in-law?
16      A    I don't know.
17      Q    Would it surprise you to know
18 that it's Dr. Zaitsev's mother-in-law?
19      A    If you say, yes.
20      Q    Do you have any idea why --
21      A    I am surprised, yes.
22      Q    Do you have any idea why
23 Financial Vision Group I would transfer
24 $10,000 to Dr. Zaitsev's mother-in-law?
25      A    Probably we were funding

**Page 152**

1   D. KANDHOROV
2   Probably.  I believe so.  Yes.
3       Q    You would expect there to be
4   documentation concerning an advance
5   payment made to Dr. Zaitsev's
6   mother-in-law, right?
7       A    Could be verbal, too, because
8   this is Dr. Zaitsev.  He is one of the
9   partners of the company.  It could be
10  verbal, too.  I don't recall.  I don't
11  remember.
12      Q    Did Dr. Zaitsev seek
13  permission from anyone at Financial
14  Vision Group I to transfer $10,000 to an
15  account held by his mother-in-law?
16      A    Probably he asked permission,
17  of course.
18      Q    Who would he ask permission
19  from?
20      A    From the member.
21      Q    Which member?
22      A    Members of the company,
23  Financial Vision I.
24      Q    Would he have asked you?
25      A    Specifically no, but members,

Page 153

1    D. KANDHOROV
2    yes, all of us.
3         Q    Would Dr. Zaitsev have been
4    permitted to transfer $10,000 to an
5    account held in his mother-in-law's name
6    without permission from the other members
7    of Financial Vision Group I?
8         A    I don't think so.  No.
9         Q    Let's go back to Exhibit 8.
10   We are on the last section here.  This is
11   June 25th online transfer to checking
12   8127.  Do you see that?
13        A    Yes, I do.
14        Q    This is for $8,000.  Do you
15   see that?
16        A    Yes, I do.
17        Q    What was that transfer for?
18        A    I don't remember.
19             MR. HENESY:  Let's take a look at
20        Exhibit 11.  Exhibit 11 is a one-page
21        PDF that says, "Business Signature
22        Card."
23                  (Whereupon, Exhibit 11
24                  was marked for
25                  identification.)