UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────────────X

GOVERNMENT EMPLOYEES INSURANCE COMPANY,　　　20cv03495(FB)(SJB)
GEICO INDEMNITY COMPANY, GEICO GENERAL
INSURANCE COMPANY, and GEICO CASUALTY
COMPANY,
Plaintiffs,

-against-

ALEXANDR ZAITSEV, M.D., ET AL.,
───────────────────────────────────────X

It is hereby stipulated and agreed by the parties and their respective attorneys of record:

That the Defendants TRI-STATE MULTI-SPECIALTY MEDICAL SERVICES, P.C., RIVERSIDE MEDICAL SERVICES, P.C., KRISTAPPA SANGAVARAM, M.D., time to answer or otherwise move with respect to the Amended Complaint is hereby extended by stipulation up to and including February 7, 2022.

Dated: January 7, 2022

_____/s/Wesley Mead/s/_____
By: Wesley Mead, Esq.
THE MEAD LAW FIRM, P.C.
Attorney for Defendants *TRI-STATE MULTI-SPECIALTY MEDICAL SERVICES, P.C., RIVERSIDE MEDICAL SERVICES, P.C., KRISTAPPA SANGAVARAM, M.D.,*
20-77 Steinway Street, Suite SL
Astoria, New York 11105


/s/ Steven Henesy /s/
Rivkin Radler, LLP
By:
*Attorney for Plaintiffs*
926 RXR Plaza
Uniondale, New York 11556