AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| GEICO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-3495 |
| ALEXANDR ZAITSEV, M.D., ET AL | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Alexandr Zaitsev, MD, Metropolitan Interventional Medicine Services, P.C., Anthony Benevenga, Charles G. Nicola, D.C., and Ridgewood Diagnostic Laboratory, P.C., Eugene Gorman, M.D., Bogdan Negrea, M.D., Antonio Ciccone, D.O., Stella Amanze, P.A., Frida Isakov, P.A., Lucknie Ovincy, P.A., Emily Bakerman, N.P., Melissa Evans, N.P., Mini Mathew, N.P., Angela Pullock, N.P., Linda Santa Maria, N.P., and Rivka Weiss, N.P.,  .

Date: 02/03/2022

*Robert E. Hewitt*
*Attorney's signature*

Robert E. Hewitt, 1548
*Printed name and bar number*

666 Old Country Road, 9th Floor
Garden City, NY 11530

*Address*

REH@schlawpc.com
*E-mail address*

(516) 745-1122
*Telephone number*

(516) 908-4620
*FAX number*