

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

STEVEN T. HENESY
Partner
(516) 357-3308
Steven.henesy@rivkin.com

February 9, 2022

**VIA ECF**
Honorable Sanket J. Bulsara
United States Magistrate-Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Government Employees Insurance Company, et al. v. Zaitsev, M.D. et al.*
      Docket No. 20-cv-03495-FB-SJB

Dear Judge Bulsara:

We write on behalf of Plaintiffs in the above-referenced matter to provide an update regarding the issues raised in Plaintiffs' December 10, 2021 letter motion to compel non-parties Howard Fensterman, Esq., Jordan Fensterman, Esq., and Frank Carone, Esq. (collectively the "Non-Parties"). See ECF No. 140. Counsel for Plaintiffs and the Non-Parties have reached an agreement that resolves the objections and will ultimately result in GEICO's withdrawal of the balance of the subpoenas.

We appreciate the Court's time and continued attention to this matter.

                          Respectfully submitted,

                          RIVKIN RADLER LLP

                          /s/ *Steven T. Henesy*
                          Steven T. Henesy

cc:   All counsel of record *via* ECF
      Keith Singer, Esq. *via* email

66 South Pearl Street, 11th Floor          25 Main Street                         477 Madison Avenue                    2649 South Road
Albany, NY 12207-1533                       Court Plaza North, Suite 501           New York, NY 10022-5843               Poughkeepsie, NY 12601-6843
T 518.462.3000 F 518.462.4199               Hackensack, NJ 07601-7082              T 212.455.9555 F 212.687.9044         T 845.473.8100 F 845.473.8777
                                            T 201.287.2460 F 201.489.0495

5686030.v2