UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY, GEICO
GENERAL INSURANCE COMPANY, and GEICO
CASUALTY COMPANY,

Docket No.:
1:20-cv-03495(FB)(SJB)

Plaintiffs,

-against-

ALEXANDR ZAITSEV, M.D., et al.,

Defendants.
-----------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (collectively, the "Plaintiffs"), and Defendants Tri-State Multi-Specialty Medical Services, P.C., Riverside Medical Services, P.C. and Kristappa Sangavaram, M.D. ("Defendants"), that all claims in this action asserted by Plaintiffs against the Defendants are dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41.

Dated: 3/15, 2022

RIVKIN RADLER LLP

By: _____
Barry I. Levy, Esq.
Steven T. Henesy, Esq.
926 RXR Plaza
Uniondale, New York 11556
*Counsel for Plaintiffs*

THE MEAD LAW FIRM, P.C.

By: _____
Wesley Mead, Esq.
20-77 Steinway Street, Suite SL
Astoria, New York 11105
*Attorneys for Defendants*