

**Law Office of**
**Stuart M. Nachbar**
Advocating and Assisting Families
with Special Needs

354 Eisenhower Parkway, Suite 2025
PO Box 2205 ■ Livingston, NJ 07039
Tel: (973) 567-0954 ■ Fax: (973) 629-1294
stuart@snanj.com

Licensed to Practice: New York, New Jersey and US Supreme Court

**Of Counsel:**
Bonnie M. Weir, Esq    (Licensed in New York and New Jersey)

May 20, 2022

**VIA ECF**

Hon. Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    **GEICO v. Zaitsev, et al**
             **Docket No. 20-cv-03495-FB-SJB**
             **Application for Leave to File a Reply**

Dear Judge Bulsara:

As Your Honor is aware, this office represents Allan Weissman, M.D. with respect to a Subpoena issued by Defendant, Dr. Zaitsev, in the above referenced matter. Please accept this letter as an application for leave to file a brief reply to Defendants' opposition to th motion to quash the subpoena served upon Dr. Weissman. The brief reply is required to bring to Your Honor's attention the fact that Defendants are relying upon issues set forth in a subpoena that was never served upon Dr. Weissman. A copy of the subpoena served upon Dr. Weissman was attached as Exhibit "A" to the motion to quash wherein Defendants sought the following: "All drafts of affidavits or affirmations of Dr. Weissman M.D.'s December 9, 2020 affirmation." However Defendants' opposition to the motion to quash is based upon a different subpoena which scheduled the deposition for April 19, 2022 at 4:20 p.m., which date was two (2) days **prior** to service of the subpoena on April 21, 2022. Additionally, the unserved subpoena sought the following: "The allegations in the Complaint, the issues testified to by Dr. Allan Weissman, M.D. in his February 21, 2019 Examination Under Oath, and the issues addressed in Dr. Weissman, M.D.'s December 9, 2020 affirmation and all related matters."

Accordingly, Dr. Weissman respectfully requests leave to file the reply filed as Docket #158 to bring to Your Honor's attention that the basis for Defendants' opposition to the motion to quash the subpoena, and the scope of the requested testimony, is completely different from the scope of the subpoena actually served.

Dr. Weissman thanks the Court for its time and attention to this matter and we await Your Honor's response to the request for leave to file the brief reply as set forth above.

                                                 Respectfully submitted,

                                                 LAW OFFICE OF STUART M. NACHBAR

                                                 By: /s/ Stuart M. Nachbar
                                                      Stuart M. Nachbar

                                               By: /s/ Bonnie M. Weir
                                                      Bonnie M. Weir

Cc: All counsel of record (via ECF)
     Client (via email)