

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

STEVEN T. HENESY
Partner
(516) 357-3308
Steven.henesy@rivkin.com

July 31, 2023

**By ECF**

Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:   *Government Employees Insurance Company, et al. v. Zaitsev, M.D. et al.*
         Docket No. 20-cv-03495-FB-SJB

Dear Judge Bulsara:

We represent Plaintiffs in the above-referenced matter. Together with counsel for all remaining Defendants, we jointly and respectfully write pursuant to the Court's May 23, 2023 Order concerning dispositive motion practice. Plaintiffs and Defendants have decided to pursue a traditional dispositive motion practice procedure in accordance with Judge Block's individual rules and the deadlines set by Your Honor.

We thank the Court for its time and continued attention to this matter.

                                          Respectfully submitted,

                                          RIVKIN RADLER LLP

                                          /s/ *Steven T. Henesy*
                                          Steven T. Henesy

cc:      All counsel <u>via</u> ECF

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

7652415.v1