Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------X
GEICO, et al,

                              PLAINTIFF,

   -against-    Case No.:
                     20-cv-03495 (FB) (SJB)

ALEXANDER ZAITSEV, M.D., et al,

                              DEFENDANT.
---------------------------------------------X

                DATE: August 18, 2022
                TIME: 10:16 A.M.

        DEPOSITION of the Non-Party
Witness, ALLAN WEISSMAN, M.D., taken by the
Defendant, pursuant to a Subpoena and to
the Federal Rules of Civil Procedure, held
at the offices of Rivkin Radler, LLP, 25
Main Street, Court Plaza North, Suite 501,
Hackensack, New Jersey 07601-9004, before
Karyn Chiusano, a Notary Public of the
State of New York.

```
 1
 2     A P P E A R A N C E S:
 3
 4     RIVKIN RADLER, LLP
          Attorneys for the Plaintiff
 5        GEICO, et al
          926 RXR Plaza
 6        Uniondale, New York 11556-0926
          BY: STEVEN T. HENESY, ESQ.
 7        steven.henesy@rivkin.com
 8
       SCHWARTZ, CONROY & HACK, P.C.
 9        Attorneys for the Defendant
          ALEXANDER ZAITSEV, M.D., et al
10        666 Old Country Road ~ Suite 900
          Garden City, New York 11530-2020
11        BY: MATTHEW J. CONROY, ESQ.
          mjc@schlawpc.com
12
13     THE WEIR LAW FIRM, LLC
          Attorneys for the Witness
14        DR. ALLAN WEISSMAN
          1170 US Highway 22 East ~ Suite 205
15        Bridgewater, New Jersey 08807
          BY: BONNIE M. WEIR, ESQ.
16        bmw@weirlawfirm.com
17
18
       ALSO PRESENT:
19        COLLEEN O'NEIL, Rivkin Radler, LLP
20                 *         *         *
21
22
23
24
25
```

Page 3

2      F E D E R A L   S T I P U L A T I O N S

5    IT IS HEREBY STIPULATED AND AGREED by and
6  between the counsel for the respective
7  parties herein that the sealing, filing and
8  certification of the within deposition be
9  waived; that the original of the deposition
10 may be signed and sworn to by the witness
11 before anyone authorized to administer an
12 oath, with the same effect as if signed
13 before a Judge of the Court; that an
14 unsigned copy of the deposition may be used
15 with the same force and effect as if signed
16 by the witness, 30 days after service of
17 the original & 1 copy of same upon counsel
18 for the witness.

20    IT IS FURTHER STIPULATED AND AGREED that
21 all objections except as to form, are
22 reserved to the time of trial.

24              *    *    *    *

Page 4

1  ALLAN WEISMAN, M.D.
2  A L L A N    W E I S M A N, called as
3  a witness, having been first duly affirmed
4  by a Notary Public of the State of New
5  York, was examined and testified as
6  follows:
7  EXAMINATION BY
8  MR. CONROY:
9      Q.   Please state your name for the
10 record.
11     A.   Allan Weisman.
12     Q.   What is your address?
13     A.   351 Terhune Avenue, Passaic,
14 New Jersey 07055.
15     Q.   Dr. Weisman, good morning.
16     A.   Good morning.
17     Q.   My name is Matthew Conroy.
18          I am an attorney in New York.
19 I represent Alexander Zaitsev, Ridgewood
20 Diagnostic Laboratory and Metropolitan
21 Interventional Medical P.C. in a lawsuit
22 entitled "Geico versus Zaitsev, et al."
23          We are here to take your
24 deposition this morning and before we
25 begin, I will give you basic cursory

```
                                                    Page 296
 1                ALLAN WEISMAN, M.D.
 2      an Anesthesiologist called Dr. Chen; is
 3      that correct?
 4            A.    Correct.
 5            Q.    But when we look -- if we turn
 6      to the page of 5B, on the top, it says:
 7      "Toxicology test requisition"?
 8            A.    Yes.
 9            Q.    You see that, at the top of
10      this document, next to "provider," your
11      name is listed on the requisition form.
12            A.    Yes.
13            Q.    Do you have any explanation for
14      that?
15            A.    I think that is a mistake.
16            Q.    If you go down to the bottom of
17      this document, you see that there's a line
18      for "Ordering Physician's Signature;"
19      correct?
20            A.    Correct.
21            Q.    And if you look immediately
22      proceeding that signature line.
23                  (Witness complies.)
24            Q.    You see that there is some
25      language that reads:  "Medicare and other
```

Page 297

1  ALLAN WEISMAN, M.D.
2  payers only cover testing that is medically
3  necessary the undersigned affirms that the
4  testing ordered on this requisition is
5  medically necessary for the diagnosis and
6  treatment of the patient for whom the
7  testing has been ordered. I hereby
8  authorize the above-ordered laboratory
9  tests."
10      Do you see that?
11  A.  Yes.
12  Q.  You see the signature line next
13  to the physician is blank; right?
14  A.  Yes.
15  Q.  If you turn to the next page.
16      (Witness complies.)
17  Q.  This is the report generated by
18  Ridgewood Diagnostic Laboratory for the
19  testing performed in this urine sample?
20  A.  Right.
21  Q.  Pursuant to the form that we
22  just looked at?
23  A.  Yes.
24  Q.  And this document lists you, A.
25  Weisman, in the top right-hand corner, as

Page 298

ALLAN WEISMAN, M.D.

1  
2  the provider requesting this test?
3      A.    Yes.
4      Q.    But you didn't request this
5  test?
6      A.    Correct.
7      Q.    If someone were to submit these
8  documents to an insurance company
9  representing that you, Allan Weisman,
10 authorized and ordered this testing, that
11 would be a lie; right?
12     A.    Correct.
13     Q.    And that would be true, not
14 only for this document but for any document
15 that included your name with no signature
16 on the bottom; right?
17     A.    Right.
18           MR. HENESY:  I will take that
19      back.
20           Thanks.
21     Q.    Let's just talk briefly,
22 Doctor, about urine screens and toxicology.
23           Are you generally aware of the
24 difference between "qualitative testing"
25 and "quantitative testing"?