```
                                                        Page 1
 1
 2   UNITED STATES DISTRICT COURT
 3   EASTERN DISTRICT OF NEW YORK
 4   Case 1:20-cv-03495-FB-SJB
 5   - - - - - - - - - - - - - - - - - - - -x
 6   GOVERNMENT EMPLOYEES INSURANCE COMPANY,
     GEICO INDEMNITY COMPANY, GEICO GENERAL
 7   INSURANCE COMPANY, and GEICO CASUALTY
     COMPANY,
 8                       Plaintiffs,
 9          -against-
10   ALEXANDR ZAITSEV, M.D., METROPOLITAN
     INTERVENTIONAL MEDICAL SERVICES, P.C.,
11   ANTHONY BENEVENGA, CHARLES G. NICOLA,
     D.C., RIDGEWOOD DIAGNOSTIC LABORATORY,
12   L.L.C., TRI-STATE MULTI-SPECIALTY MEDICAL
     SERVICES, P.C., RIVERSIDE MEDICAL
13   SERVICES, P.C., KRISTAPPA SANGAVARAM,
     M.D., ALLAN, WEISSMAN, MD., EUGENE GORMAN,
14   M.D., BOGDAN NEGREA, M.D., ANTONIO
     CICCONE, D.O., STELLA AMANZE, P.A., FRIDA
15   ISAKOV, P.A., LUCKNIE OVINCY, P.A., EMILY
     BAKERMAN, N.P., MELISSA EVANS, N.P., MINI
16   MATHEW, N.P., ANGELA PULLOCK, N.P., LINDA
     SANTA MARIA, N.P., RIVKA WEISS, N.P.,
17   CROSSTOWN MEDICAL, P.C., and WILLIAM
     FOCAZIO, M.D.,
18                       Defendants.
     - - - - - - - - - - - - - - - - - - - -x
19                       XXX Truman Drive
                         Cressiko, New Jersey
20
                         September 27, 2021
21                       10:00 a.m.
22        VIRTUAL VIDEO DEPOSITION
23               of
24         EUGENE SETH GORMAN, M.D.
25
```

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400

1
2
3
4           **VIRTUAL VIDEO DEPOSITION of**
5     **EUGENE SETH GORMAN, M.D., s/h/a EUGENE**
6     **GORMAN, M.D.,** one of the Defendants in
7     the above-entitled action, held at the
8     above time and place, taken before
9     Susan C. Bartlett and Mandy Fein,
10    Shorthand Reporters and Notaries
11    Public of the State of New York,
12    pursuant to the Federal Rules of Civil
13    Procedure, notice and stipulations
14    between Counsel.
15
16
17
18
19
20
21
22
23
24
25

APPEARANCES:

RIVKIN RADLER, LLP
Attorneys for Plaintiffs
    926 RXR Plaza, West Tower
    9th Floor
    Uniondale, New York 11556-3823

BY:  BARRY LEVY, ESQ.
ALSO, PRESENT:  COLLEEN O'NEIL, ESQ.
    (Via Virtual Zoom.)


SCHWARTZ, CONROY & HACK, P.C.
Attorneys for Defendants
ALEXANDR ZAITSEV, M.D., METROPOLITAN INTERVENTIONAL MEDICAL SERVICES, P.C., ANTHONY BENEVENGA, CHARLES G. NICOLA, D.C., EUGENE GORMAN, M.D., BOGDAN NEGREA, M.D., ANTONIO CICCONE, D.O., STELLA AMANZE, P.A., FRIDA ISAKOV, P.A., LUCKNIE OVINCY, P.A., EMILY BAKERMAN, N.P., MELISSA EVANS, N.P., MINI MATHEW, N.P., ANGELA PULLOCK, N.P., LINDA SANTA MARIA, N.P., RIVKA WEISS, N.P.
    666 Old Country Road, 9th Floor
    Garden City, New York 11530
BY:  MATTHEW CONROY, ESQ.
ALSO, PRESENT:  MARIA CAMPESE, ESQ.
    (Via Virtual Zoom.)

Appearances continued on the next page.

1
2  APPEARANCES:
3
       MEAD LAW FIRM, P.C.
4      Attorneys for Defendants
       TRI-STATE MULTI-SPECIALTY MEDICAL
5      SERVICES, P.C.
            2077 Steinway Street, Suite SL
6           Astoria, New York 11105
7      BY:  WESLEY MEAD, ESQ.
            (Via Virtual Zoom.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1
 2               STIPULATIONS
 3      IT IS HEREBY STIPULATED AND AGREED, by
 4   and among counsel for the respective
 5   parties hereto, that the filing, sealing
 6   and certification of the within deposition
 7   shall be and the same are hereby waived;
 8      IT IS FURTHER STIPULATED AND AGREED
 9   that all objections, except as to form of
10   the question, shall be reserved to the
11   time of the trial;
12      IT IS FURTHER STIPULATED AND AGREED
13   that the within deposition may be signed
14   before any Notary Public with the same
15   force and effect as if signed and sworn to
16   before the Court.
17
18
19
20
21
22
23
24
25
```

```
 1
 2           THE REPORTER:  Mr. Mead, do you
 3   want a copy of the transcript?
 4           MR. MEAD:  No.
 5           THE REPORTER:  Mr. Conroy, do
 6   you want a copy of the transcript?
 7           MR. CONROY:  Yes.
 8           THE REPORTER:  Counsel, before
 9   we begin, I just want to make a brief
10   statement since we are all appearing
11   remotely this morning.
12           I want to remind everyone not to
13   speak at the same time or over each
14   other.  In this setting when it
15   happens, it becomes impossible to hear
16   anything and I will have to interrupt.
17           Veritext has instructed us to
18   use the location of the witness as the
19   place where the deposition is being
20   held.  That will be the address that
21   you see on the front page of the
22   transcript.  I will X out any house
23   number for privacy concerns.
24           Lastly, since we are all
25   appearing remotely this morning, I ask
```

```
 1
 2        counsel to agree on the record that
 3        they are allowing me to swear in the
 4        witness remotely this morning.
 5                Counsel, do you agree?
 6                MR. LEVY:  I agree.
 7                MR. CONROY:  I agree.
 8                MR. MEAD:  Yes, I agree.
 9                THE REPORTER:  Thank you.
10                I will now swear in the witness
11        and then we can proceed.
12
13   E U G E N E    S E T H    G O R M A N,
14   M.  D., having been first duly sworn by a
15   Notary Public of the State of New York,
16   upon being examined, testified as follows:
17                THE REPORTER:  What is your full
18        name?
19                THE WITNESS:  Eugene Gorman.
20                THE REPORTER:  What is your
21        current address?
22                THE WITNESS:  175 Truman Drive,
23        Cressiko, New Jersey 07626.
24                THE REPORTER:  Counsel, please,
25        proceed.
```

Page 42

1  GORMAN
2  would -- who would present the form to you,
3  what type of an individual in connection with
4  the work that you were doing would that
5  generally be done by?
6       A.     A male or a female.
7       Q.     Did that person have any medical
8  credentials?
9       A.     I don't know.
10      Q.     Do you know if that person worked for
11 the ASC, if that person worked for the practice
12 that you worked for?
13      A.     I don't know.
14      Q.     Just so that I understand your
15 testimony, if a lab referral doesn't have your
16 signature on it, you would deem that to be
17 unauthorized?
18      A.     If a lab referral doesn't have my
19  signature then I didn't order it.
20      Q.     Even if at the top of the referral it
21 has your name on it?
22      A.     No, prescriptions have to be signed.
23      Q.     That's what I'm trying to make sure
24 of, which is that, a referral that exists that
25 doesn't have your signature was not something

```
                                                       Page 43
 1                       GORMAN
 2      that you asked be done, right?
 3           A.     Correct.
 4           Q.     Now, there are multiple types of
 5      urinalysis screening that can be done; is that
 6      right?
 7           A.     Yes.
 8           Q.     And prior to 2017, the majority of
 9      the screening that you authorized was done
10      on-site at the ASC's in connection with the
11      procedures that you were performing; is that
12      right?
13           A.     Yes.  The majority were -- well, I
14       was not always doing the procedure.  Sometimes
15       I was just doing anesthesia and someone else
16       was doing the interventional pain management.
17           Q.     Right, but when you were doing the
18      anesthesia or you were doing the interventional
19      pain management, the lab analysis that was
20      being done was typically done on-site with a
21      dipstick urinalysis kit, right?
22           A.     A kind of dipstick, yes.
23           Q.     And that was, if not all, a great
24      majority of what the cases were at that point
25      prior to 2018, right?
```