UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, et al.

                      Plaintiffs,

           -against-

ZAITSEV, et al.,

                    Defendants.
-------------------------------------------------------------------X

Docket No.:
1:20-cv-003495 (FB)(SJB)

### NOTICE OF PLAINTIFFS'
### MOTION TO EXCLUDE EXPERT TESTIMONY

**PLEASE TAKE NOTICE** that the Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co., (collectively, "GEICO") respectfully move pursuant to Fed. R. Civ. P. 26(a) and Fed. R. Evid. 702 to exclude the testimony and strike the expert report of the rebuttal expert proffered by Defendants Alexandr Zaitsev, M.D., Ridgewood Diagnostic Laboratory, L.L.C., Metropolitan Interventional Medical Services, P.C., Anthony Benevenga, Charles G. Nicola, D.C., Eugene Gorman, M.D., Bogdan Negrea, M.D., Antonio Ciccone, D.O., Stella Amanze, P.A., Frida Isakov, P.A., Lucknie Ovincy, P.A., Emily Bakerman, N.P., Melissa Evans, N.P., Mini Matthew, N.P., Angela Pullock, N.P., Linda Santa Maria, N.P., and Rivka Weiss, N.P., James Patrick Murphy, M.D. ("Dr. Murphy").

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to this motion shall be served in accordance with Local Civil Rule 6.1(b).

Dated:  Uniondale, New York
       December 7, 2023

                       Respectfully submitted,

                       RIVKIN RADLER LLP

                       By: */s/ Steven T. Henesy*
                            Barry I. Levy, Esq.
                            Michael A. Sirignano, Esq.
                            Steven T. Henesy, Esq.
                            Colleen O'Neil, Esq.

                       926 RXR Plaza
                       Uniondale, New York  11556
                       (516) 357-3000

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this Notice of Motion and Plaintiffs' Memorandum of Law have been served on all Parties via e-mail.

Dated: December 7, 2023

     /s/ *Steven T. Henesy*
     Steven T. Henesy

4861-5814-5173, v. 1