

**STEVEN T. HENESY**
PARTNER
(516) 357-3308
steven.henesy@rivkin.com

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

February 6, 2025

**Via ECF**

Honorable Judge Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Government Employees Ins. Co., et al. v. Zaitsev, et al.*
Case No. 1:20-cv-03495-FB-LKE

Dear Judge Block:

We represent Plaintiffs in the above-referenced matter and, together with counsel for Defendants Alexandr Zaitsev, M.D., Ridgewood Diagnostic Laboratory, L.L.C., and Metropolitan Interventional Medical Services, P.C. (collectively, the "Zaitsev Defendants") to request that the Court so-order the enclosed stipulation, which stays, pending the disposition of this action, the state court collection proceedings currently being prosecuted by the Zaitsev Defendants against GEICO.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

RIVKIN RADLER LLP

Steven T. Henesy

cc: All counsel of record (ECF)

4931-0860-5207, v. 1