UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY, and GEICO CASUALTY COMPANY,

                        Plaintiffs,

      -against-

ALEXANDR ZAITSEV, M.D., METROPOLITAN INTERVENTIONAL MEDICAL SERVICES, P.C., ANTHONY BENEVENGA, CHARLES G. NICOLA, D.C., RIDGEWOOD DIAGNOSTIC LABORATORY, L.L.C., TRI-STATE MULTI-SPECIALTY MEDICAL SERVICES, P.C., RIVERSIDE MEDICAL SERVICES, P.C., KRISTAPPA SANGAVARAM, M.D., EUGENE GORMAN, M.D., BOGDAN NEGREA, M.D., ANTONIO CICCONE, D.O., STELLA AMANZE, P.A., FRIDA ISAKOV, P.A., LUCKNIE OVINCY, P.A., EMILY BAKERMAN, N.P., MELISSA EVANS, N.P., MINI MATHEW, N.P., ANGELA PULLOCK, N.P., LINDA SANTA MARIA, N.P., and RIVKA WEISS, N.P.,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Docket No.: 1:20-cv-03495-FB-SJB

## NOTICE OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that the Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co., (collectively, "GEICO") respectfully move pursuant to Fed. R. Civ. P. 56 for summary judgment against Defendants Alexandr Zaitsev, M.D. and Ridgewood Diagnostic Laboratory, L.L.C., together with such other and further relief as the Court deems just.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to this motion shall be served in accordance with Local Civil Rule 6.1(b).

Dated: Uniondale, New York
October 11, 2024

                                               Respectfully submitted,

                                               RIVKIN RADLER LLP

By: /s/ *Steven T. Henesy*
     Barry I. Levy, Esq.
     Michael A. Sirignano, Esq.
     Steven T. Henesy, Esq.
     Colleen O'Neil, Esq.

926 RXR Plaza
Uniondale, New York  11556
(516) 357-3000

## CERTIFICATE OF SERVICE

I hereby certify that this Notice of Motion, Plaintiffs' Memorandum of Law, Declaration of Steven T. Henesy, and Declaration of Kathy Asmus have been served on all Parties via e-mail.

Dated: October 11, 2024

/s/ *Steven T. Henesy*
Steven T. Henesy

3